COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Victor Keith Wilson v. The State of Texas

Appellate case number:   01-18-00509-CR

Trial court case number: 95-CV-0904

Trial court:             10th District Court of Galveston County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant, acting pro se, filed a motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief and an extension of time to file his response. We granted appellant's motion, ordered that the trial court clerk provide appellant with a copy of the record, and extended appellant's filing deadline. Appellant has filed a motion requesting a second extension of time to file his response to appointed counsel's brief. Appellant argues that a second extension is necessary because the trial court clerk has not provided him with a complete copy of the appellate record.

We **grant** appellant's motion for a second extension. If the trial court clerk has not already done so, the trial court clerk shall provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to appellant no later than 10 days from the date of this order. The trial court clerk shall further certify to this Court, within 15 days of the date of this order, the date upon which delivery of the record to appellant is made.

**Appellant's pro se response to appointed counsel's brief shall be filed within 40 days of the date of this order. No further extensions shall be granted.**

It is so ORDERED.

Judge's signature: ___/s/ Harvey Brown_____
                              Acting individually

Date: ___November 20, 2018_____